UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DERRICK LASHON HOWELL, | ) |
| Petitioner, | ) |
| v. | ) Case No. 1:23-cv-01011-ACA-SGC |
| MELISSA KIMBERLY, Warden, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

In April 2024, the magistrate judge entered an order advising Petitioner Derrick Lashon Howell that the case was ripe for summary disposition, giving him an opportunity to present any additional evidence, and ordering him to respond to Defendant Melissa Kimberly's legal arguments. (Doc. 11). Mr. Howell did not respond. In February 2025, the magistrate judge entered a report recommending that this court deny Petitioner Derrick Lashon Howell's 28 U.S.C. § 2241 petition for writ of habeas corpus. (Doc. 12). Although the report advised the parties of the right to file specific written objections and of the consequences of failing to object (*id.* at 9–11), the court has not received any objections. The deadline to object has expired.

Mr. Howell's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. In light of the proposed findings, the court agrees with the proposed

recommendation. The court therefore **ADOPTS** the magistrate judge's report and **ACCEPTS** her recommendation. The court **WILL DENY** Mr. Howell's § 2241 petition.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this March 6, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE